UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emerlin Almeida, | Civil No. 25-cv-0526 (PJS/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Warden, FCI Sandstone, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated May 5, 2025 (Dkt. 14), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition for a writ of habeas corpus of petitioner Emerlin Almeida (Dkt. 1) is **DENIED.**

2. This matter is **DISMISSED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 3, 2025

/s/ Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota